AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Treig & Heather Wood
*Plaintiff*

v.

Wells Fargo Home Mortgage
*Defendant*
Wells Fargo Bank N.A.
Wells Fargo & Company
Wells Fargo Financial

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Wells Fargo Home Mortgage
MAC X780P-03K
3476 Stateview Boulevard
Fort Mill, SC 29715

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ELIZABETH A. SMITH, Clerk**

*CLERK OF COURT*

Date: 1-19-11

Crystal Staaben
*Signature of Clerk or Deputy Clerk*