Case 2:11-cv-00020-EJL   Document 4   Filed 01/19/11   Page 1 of 2

U.S. COURTS

JAN 19 2011

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Wells Fargo and Company**
was received by me on *(date)* **1-19-11**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* We Fed-Ex all documents including the Summons to
Wells Fargo & Co.                Wells Fargo & Co.              Wells Fargo & Co.
380 Jackson St. #700            Corporation Trust Center        MAC X7801-03K
St. Paul, MN 55101              1209 Orange St.                 3476 Stateview Blvd
                                Wilmington, DE 19801            Fort Mill, SC 29715

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **1-19-2011**

*Treig Wood*
Server's signature

**Treig Wood**
Printed name and title

**7904 Balta LN. CDA, ID 83815**
Server's address

Additional information regarding attempted service, etc:

```
                    Postal Plus
            6848 N.Government Way #114
              Dalton Gardens, ID 83815
                    (208) 762-2540
                   www.postalplus.net


Shipment------------------------
FedEx Priority Overnight Envelope
              Ship To:
        Corporation Trust Center
         Wells Fargo and Company
            1209 N Orange St
          WILMINGTON, DE 19801
                                    35.78
Package ID: 87346
       Tracking #:  796670997072
Expected arrival: Thu 01/20 10:30 AM
Shipment------------------------
FedEx Priority Overnight Envelope
              Ship To:
         Wells Fargo and Company
          380 Jackson St Ste 700
           SAINT PAUL, MN 55101
                                    32.03
Package ID: 87347
       Tracking #:  7943343596339
Expected arrival: Thu 01/20 10:30 AM
Shipment------------------------
FedEx Priority Overnight Envelope
              Ship To:
         Wells Fargo Home Mortgage
             MAC X7801-03K
           3476 Stateview Blvd
           FORT MILL, SC 29715
                                    35.78
Package ID: 87348
       Tracking #:  796671026781
Expected arrival: Thu 01/20 10:30 AM

                                   103.59
        SUBTOTAL                     0.00
        TAX                        103.59
        TOTAL                      103.59
     TEND Visa

                    Treig Wood
                                01/19/2011
        Brandon J. [1]            10:37 AM
        #72185
                     CCTran#9286


                      IMPORTANT:
        Unless Declared, the maximum value for
           each package does not exceed $100.

           You, the Sender, agree to hold us,
          the Shipper, harmless for damage or
          loss to any parcel or contents caused
           by improper packaging by the Sender.

        For tracking your packages please visit:
        www.usps.com | www.fedex.com | www.ups.com
        ****************************************
              Your Business Is Appreciated!
             Please ask about our Frequent
                      Discount!
```