Hearing Date_____

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

TREIG and HEATHER WOOD )
)
Plaintiff, )
) Case No. 2:11-cv-00020-EJL
vs. )
)
WELLS FARGO HOME MORTGAGE; )
WELLS FARGO BANK, N.A.; WELLS )
FARGO FINANCIAL; WELLS FARGO )
BANK; WELLS FARGO AND COMPANY, )
)
Defendants. )
)

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT WELLS FARGO HOME MORTGAGE

NOW COMES Plaintiff Treig and Heather Wood and moves this Honorable Court to enter judgment by default against Defendant WELLS FARGO HOME MORTGAGE.

In support thereof, Plaintiff avers as follows:

On January 19th, 2011 Defendant WELLS FARGO HOME MORTGAGE was served with a copy of the Complaint, Document 1 and the Summons Document 3.

Defendant WELLS FARGO HOME MORTGAGE had 21 days to respond to the Summons and Complaint. To date more than 21 days have passed with no response whatsoever from Defendant WELLS FARGO HOME MORTGAGE, either in the form of an Answer, motion to dismiss, motion for enlargement of time in which to respond.

Hearing Date_____

WHEREFORE, Plaintiff's Treig and Heather Wood request this Honorable Court issue an order for Default Judgment against Defendant, WELLS FARGO HOME MORTGAGE.

Respectfully submitted on the 16th day of February, 2011.

*[signature]*

Treig D. Wood
7904 Balta Lane
Coeur d'Alene, ID 83815

## CERTIFICATE OF FILING AND SERVICE

I, Treig Wood certify that the 16th day of February, 2011 a true and correct copy hereof was served upon the attorney for the defendant by both U.S. mail and facsimile transmission to:

Kenneth C. Howell
Hawley Troxell Ennis and Hawley LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Facsimile: 208.954.5226

*[signature]*

Treig D. Wood