Kenneth C. Howell, ISB No. 3235
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5226
Email: khowell@hawleytroxell.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| TREIG and HEATHER WOOD,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A.; WELLS FARGO FINANCIAL; WELLS FARGO BANK; WELLS FARGO AND COMPANY,<br><br>    Defendants. | Case No. 2:11-cv-00020-EJL<br><br>MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(5), 12(B)(6) AND MOTION FOR MORE DEFINITE STATEMENT |

COMES NOW Wells Fargo Home Mortgage, Wells Fargo Bank, N.A., Wells Fargo Financial, (collectively "Wells Fargo") and in response to Plaintiff's Complaint, moves the court for an order dismissing the "Complaint" filed by Plaintiffs as follows:

MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 12(B)(5), 12(B)(6) AND MOTION FOR MORE DEFINITE
STATEMENT - 1

# I.
# GENERAL DENIAL

To the extent that Plaintiffs' "Complaint" is deemed to contain a statement of claims against Wells Fargo, and except as specifically admitted herein, Wells Fargo denies each and every provision of Plaintiff's Complaint.

# II.
# FAILURE TO STATE A CLAIM FOR RELIEF

Plaintiff's Complaint fails to state a claim for relief and it should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

# III.
# INSUFFICIENCY OF SERVICE OF PROCESS

Plaintiff's Complaint should be dismissed by reason of the insufficiency of service of process pursuant to Federal Rule of Civil Procedure 12(b)(5) in that Plaintiff has failed to show sufficient service of process.  Plaintiff's "Proof of Service" (Docket 4) consists of a sort of declaration of Plaintiffs that it delivered by federal express a copy of the "Complaint" and summons.  Plaintiff's "service" fails to comply with Federal Rule of Civil Procedure 4(e)(1) in that it was not "served" by a person other than Plaintiff and Federal Rule of Civil Procedure 4(h)(1)(A) or (B) , in that it was not personally served upon any of the Wells Fargo entities named therein.

# IV.
# ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT

Wells Fargo, in the alternative to the relief requested herein, and pursuant to the provisions of Federal Rule of Civil Procedure 12(e), requests that the Court enter an order requiring Plaintiff to file a more definite statement of its claims sufficient to enable Wells Fargo to respond by admissions and denials.

MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 12(B)(5), 12(B)(6) AND MOTION FOR MORE DEFINITE
STATEMENT - 2

DATED THIS 16th day of February, 2011.

          HAWLEY TROXELL ENNIS & HAWLEY LLP


          By_____/s/_____
            Kenneth C. Howell, ISB No. 3235
            Attorneys for Defendants


CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 16th day of February, 2011, I electronically filed the foregoing MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(5), 12(B)(6) AND MOTION FOR MORE DEFINITE STATEMENT with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

  AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants (list names and addresses):

| Treig and Heather Wood | _____ U.S. Mail, Postage Prepaid |
| 7904 Balta Lane | _____ Hand Delivered |
| Coeur d'Alene, ID 83815 | _____ Overnight Mail |
| | _____ E-mail |
| | _____ Telecopy:  888.259.8757 |

          _____/s/_____
          Kenneth C. Howell

MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 12(B)(5), 12(B)(6) AND MOTION FOR MORE DEFINITE
STATEMENT - 3

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this ___ day of February, 2011, I caused to be served a true copy of the foregoing <> by the method indicated below, and addressed to each of the following:

| | |
|---|---|
| Treig and Heather Wood<br>7904 Balta Lane<br>Coeur d'Alene, ID 83815 | \_\_\_\_ U.S. Mail, Postage Prepaid<br>\_\_\_\_ Hand Delivered<br>\_\_\_\_ Overnight Mail<br>\_\_\_\_ E-mail<br>_X_ Telecopy: 888.259.8757 |

_____
Kenneth C. Howell

MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 12(B)(5), 12(B)(6) AND MOTION FOR MORE DEFINITE
STATEMENT - 4