UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| TREIG and HEATHER WOOD<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A.; WELLS FARGO FINANCIAL; WELLS FARGO BANK; WELLS FARGO AND COMPANY, NORTHWEST TRUSTEE SERVICES, FEDERAL HOME LOAN MORTGAGE CORPORATION; CHARLES E. HALDEMAN, Jr., IN HIS CAPACITY AS CHIEF EXECUTIVE OFFICER OF FEDERAL HOME LOAN MORTGAGE CORPORATION<br><br>Defendants | Case No. 2:11-cv-00020-EJL<br><br>PLAINTIFF"S NOTICE OF (30(6) DEPOSITION |

## PLAINTIFF'S NOTICE OF F.R.C.P. 30(b)(6) CORPORATE DEPOSITION(S) OF DEFENDANTS

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiff Treig and Heather Wood, hereby notices the deposition of Defendants as an organization on the topics detailed below. This deposition may be videotaped and Plaintiff provides notice to Defendant and the other parties to this action that the deposition may be used at the time of trial. Defendant shall identify the persons who will speak on its behalf on each topic below at least seven days before the deposition(s). The taking of this deposition may be adjourned from day to day until completed, and may occur over several days if more

than one person is necessary to provide the information requested.

DATE OF DEPOSITION: March 10, 2011

LOCATION OF DEPOSITION:
7904 Balta Lane
Coeur d'Alene, ID 83815

COURT REPORTERS AND VIDEOGRAPHERS: To be determined:

As used in this Notice, the term "document" means, without limitation, the following terms, whether printed or recorded or reproduced by any other mechanical process, or written or produced by hand: agreements, communications, State and Federal governmental hearings and reports, correspondence, telegrams, memoranda, summaries or records of telephone conversations, summaries or records of personal conversations or interviews, diaries, graphs, reports, notebooks, note charts, plans, drawings, sketches, maps, summaries or records of meetings or conferences, summaries or reports of investigations or negotiations, opinions or reports of consultants, radiographs, photographs, motion picture films, brochures, pamphlets, advertisements, circulars, press releases, drafts, letters, any marginal comments appearing on any document, and all other writings.

As used in this Notice, the term "Defendant" means, without limitation, the responding party.

As used in this Notice, the term "You" means the corporate defendant answering these requests, and any person acting on that corporation's behalf.

When you are asked to "identify" a particular employee or person, you are to provide that person's full name, current or last job title, and current physical work address if still employed by you; if the person is not still employed by you, provide the last known address, phone numbers, e-mail address or other available contact information.

You are advised that you must designate one or more officers, directors, managing

agents, or other persons who will testify on your behalf regarding the matters listed in Schedule A which are known or reasonably available to Defendant Wells Fargo.

### SCHEDULE A

### ANY AND ALL PERSONS WITH THE KNOWLEDGE OF THE FOLLOWING:

1. Every document(s) related to the denial of Plaintiffs HAMP application(s)
2. Every document(s) related to the, over 30 "in house" modifications
3. All electronic information stored pertaining to this case
4. Every document(s) relating to Collateralized Debt Obligations (CDOs)
5. Every document(s) relating to information furnished to the Credit reporting Agencies
5. All allegations in the complaint

Respectfully submitted on the  23rd  day of February 2011.

By: _____

Treig Wood

## Certificate of Service

I, Treig Wood certify that on the ___23rd___ day of February 2011, a true and correct copy hereof was served upon the attorney for the defendant and defendants by both overnight mail and facsimile transmission to:

Kenneth C. Howell
Hawley Troxell Ennis and Hawley LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Facsimile: 208.954.5226

Northwest Trustee Services, INC
P.O Box 997
Bellevue, WA 98009
Facsimile: 425.586.1997

Charles Haldeman Jr.
CEO Feddie Mac
8200 Jones Branch Dr.
McLean, VA 22102-3110
Fax: 703-903-4045

_____
Treig D. Wood