UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| TREIG and HEATHER WOOD<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE;<br>WELLS FARGO BANK, N.A.; WELLS<br>FARGO FINANCIAL; WELLS FARGO<br>BANK; WELLS FARGO AND COMPANY,<br><br>Defendants. | Case No. 2:11-cv-00020-EJL<br><br>**MOTION TO COMPEL** |

MOTION TO COMPEL

NOW COMES Plaintiff Treig and Heather Wood and requests that this Honorable Court Compel Defendant, WELLS FARGO HOME MORTGAGE, WELLS FARGO BANK, ("collectively Wells Fargo"), to answer Qualified Written Request, that was served on Defendant, January 19, 2011.

In support thereof, Plaintiff avers as follows:

1. On January 19th, 2011 Defendant WELLS FARGO HOME MORTGAGE was served with a copy of the Qualified Written Request.

2. Under Section 6 of RESPA, Defendant WELLS FARGO HOME MORTGAGE has 20 days to respond to the Qualified Written Request. To date more than 34 days have

passed with no response whatsoever from Defendant WELLS FARGO HOME MORTGAGE.

WHEREFORE, Plaintiff's Treig and Heather Wood request this Honorable Court Compel Defendant, WELLS FARGO HOME MORTGAGE to respond.

Respectfully submitted on the 23rd day of February, 2011.

Treig D. Wood

## Certificate of Service

I, Treig Wood certify that on the _____ day of February 2011, a true and correct copy hereof was served upon the attorney for the defendant and defendants by both USPS mail and facsimile transmission to:

Kenneth C. Howell
Hawley Troxell Ennis and Hawley LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Facsimile: 208.954.5226

Northwest Trustee Services, INC
P.O Box 997
Bellevue, WA 98009
Facsimile: 425.586.1997

Charles Haldeman Jr.
CEO Freddie Mac
8200 Jones Branch Dr.
McLean, VA 22102-3110
Fax: 703-903-4045

_____
Treig D. Wood