Case 2:11-cv-00020-EJL   Document 19-1   Filed 02/23/11   Page 1 of 1

Case No. 11-CV-00020-EJL
U.S. COURTS
FEB 23 2011
Rcvd____ Filed____ Time____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Charles Haldeman Jr, CEO Freddie Mac**
was received by me on *(date)* **2-23-11**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **Certified Mail USPS**   **Charles Haldeman Jr.
CEO Freddie Mac
8200 Jones Branch Drive
McLean, VA 22102-3110**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **2-23-11**

*Server's signature*

**Treig D. Wood**
*Printed name and title*

**7904 Balta Ln. Coeur d'Alene, ID 83815**
*Server's address*

Additional information regarding attempted service, etc: