Case No. 11-CV-00020-EJL

U.S. COURTS

FEB 23 2011

Rcvd____ Filed____ Time____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Northwest Trustee Services, Inc
was received by me on *(date)* 2-23-11.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Certified Mail USPS

Northwest Trustee Services
P.O. Box 997
Bellevue, WA. 98009

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 2-23-11

*Server's signature*

Treig D. Wood
*Printed name and title*

7904 Ballta W. Coeur d'Alene ID 83815
*Server's address*

Additional information regarding attempted service, etc: