U.S. COURTS

MAR 03 2011

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

Treig and Heather Wood
7904 Balta Lane
Coeur d'Alene, Id 83815
Ph: 208.651.3584
Fax: 888.259.8757

Re: Treig and Heather Wood vs Wells Fargo Home Mortgage
    Case No. 2:11-cv-00020-EJL

Dear Judge Lodge,

I write regarding my case. I have had a number of discussions with Wells Fargo's Lawyer, Mr. Kenneth Howell, and although I have tried to discuss with him the merits of the case, he has refused. Instead of trying to resolve the substance of the case, Mr. Howell, has advised me on numerous occasions that procedurally my pleadings have technical defects.

I disagree with Mr. Howell's contention. In fact, if the court reviews my amended complaint, which is over 40 pages, the court will find numerous allegations of Federal and State Law. If Mr. Howell would like to argue about procedure, I would ask the court to hold a status conference as soon as the courts schedule would allow. If the court finds that Mr. Howells contentions are incorrect, I would ask the court to grant the relief requested in docket numbers, 1- 20.

In addition, in order to reduce this courts burdensome docket, I agree that we should have a Magistrate Judge review this case. Unfortunately, Mr. Howell's client has not signed the form, which requires me to ask your Honor to enter the enclosed order, staying the foreclosure for 60 days, while this court reviews my complaints and Wells Fargo responds to my discovery (which they have yet to do). I am also willing to go to mediation or any other type of alternative dispute resolution that the court directs. Unfortunately, during the call with your law clerk Mrs. Nancy Baskins, Wells Fargo would not

commit to mediation. I don't understand why they would not want to mediate when this court explicitly encourages parties to participate in mediation.

Regards,

Treig Wood

Cc:  Northwest Trustee Services
     Freddie Mac
     Kenneth Howell
     Via E-mail and/or Fax