Lance E. Olsen, ISB #7106
Routh Crabtree Olsen, P.S.
13555 SE 36th Street, Suite 300
Bellevue, WA 98006
Telephone: (425) 586-1905
Facsimile: (425) 283-5905

Attorneys for Defendant Northwest Trustee Services, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| TREIG and HEATHER WOOD,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A.; WELLS FARGO FINANCIAL; WELLS FARGO BANK; WELLS FARGO AND COMPANY; NORTHWEST TRUSTEE SERVICES; FEDERAL HOME LOAN MORTGAGE CORPORATION; CHARLES E. HALDEMAN, JR., IN HIS CAPACITY OF CHIEF EXECUTIVE OFFICER OF FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Defendants. | Case No.  2:11-cv-00020-EJL<br><br>**NOTICE OF APPEARANCE OF DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.** |

TO:            Treig and Heather Wood, *Pro Se* Plaintiffs;

AND TO:    Kenneth C. Howell, Attorney for Wells Fargo Defendants;

AND TO:    The Clerk of the Court:

PLEASE TAKE NOTICE that Lance E. Olsen of Routh Crabtree Olsen, P.S., without waiving defenses of lack of subject matter or personal jurisdiction, improper venue, insufficiency of service of process, or any other valid defense, hereby appears for Defendant Northwest Trustee

NOTICE OF APPEARANCE OF DEFENDANT NORTHWEST TRUSTEE SERVICES, INC. – PAGE 1 OF 3

ROUTH CRABTREE OLSEN, P.S.  |  13555 SE 36th St., Ste 300  Bellevue, WA 98006  Telephone: 425.458.2121  Facsimile: 425.458.2131

Services, Inc. in the above-entitled action. You are further notified that service of all pleadings, notices, documents or other papers herein, except original process, shall be served upon said Defendant by service upon the undersigned at:

>Lance E. Olsen
>Routh Crabtree Olsen, P.S.
>13555 SE 36th Street, Suite 300
>Bellevue, Washington 98006
>Telephone (425) 458-2121
>Facsimile (425) 458-2131

DATED this 7th day of March, 2011.

ROUTH CRABTREE OLSEN, P.S.

By: _____
Lance E. Olsen, ISB #7106
Attorneys for Defendant Northwest
Trustee Services, Inc.

NOTICE OF APPEARANCE OF DEFENDANT
NORTHWEST TRUSTEE SERVICES, INC. –
PAGE 2 OF 3

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7ᵗʰ day of March, 2011, a true and correct copy of the foregoing document was served upon the following individuals, by the method indicated below, and addressed as follows:

[X]  U.S. Mail
[ ]  Hand Delivered
[ ]  Overnight Mail
[ ]  Facsimile

Treig and Heather Wood
7904 North Balta Lane
Coeur d'Alene, ID 83815
*Pro Se* Plaintiffs

Kenneth C. Howell
Hawley Troxell Ennis and Hawley LLP
877 Main Street
Suite 1000
Boise, ID 83701

Lance E. Olsen

NOTICE OF APPEARANCE OF DEFENDANT
NORTHWEST TRUSTEE SERVICES, INC. –
PAGE 3 OF 3

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131