UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TREIG WOOD, HEATHER WOOD<br><br>　　　　　　Plaintifs,<br><br>　　v.<br><br>WELLS FARGO HOME MORTGAGE, WELL FARGO BANK NA, WELLS FARGO FINANCIAL, WELLS FARGO BANK, WELLS FARGO & COMPANY, NORTHWEST TRUSTEE SERVICES, INC., CHARLES E. HALDEMAN, JR.,<br><br>　　　　　　Defendants. | Case No. 2:11-CV-00020-EJL<br><br>**SETTLEMENT CONFERENCE ORDER** |

　　United States District Judge Edward J. Lodge referred this matter to United States Magistrate Judge Mikel H. Williams to conduct a settlement conference. The Court intends the conference to be an informal meeting with the parties and their counsel to identify areas of agreement, help reduce litigation expense and delay, and enhance direct communication between the parties about the claim.

　　Both the plaintiff and a representative of each defendant shall attend the conference in person or be available via telephone; the defendants' representatives shall be authorized to make decisions and enter into agreements on behalf of their respective

**SETTLEMENT CONFERENCE ORDER - 1**

organization.  Counsel for both parties shall attend the conference in person and be prepared to discuss the following:

(1) The plaintiff's claims and facts related to the alleged breaches of contract.

(2) Prospects for honoring the disputed loan modification agreement or for a new loan modification agreement, if applicable.

(3) Prospects for settlement.

(4) Any other matters that are relevant to the just, efficient, and economical determination of the action.

The parties shall submit memoranda discussing the topics enumerated above.  The submissions shall be no longer than five (5) pages and submitted by **April 26, 2011**.  The submissions may be mailed or delivered in hard-copy to the United States District Courthouse, 550 W. Fort St., Boise, Idaho 83724, or submitted electronically to MHW_Orders@id.uscourts.gov or via fax to (208) 334-9229.  Submissions will remain confidential; Judge Williams will not share the parties' memoranda with the opposing party and will destroy or return the submission after the conference.

## ORDER

As set forth above,

**IT IS ORDERED** that**:**

1. A Settlement Conference is hereby set on **Tuesday, May 3, 2011** at **9:30 a.m.**, at the United States Courthouse in **Coeur d'Alene, Idaho**, with United States Magistrate Judge Mikel H. Williams.

**SETTLEMENT CONFERENCE ORDER - 2**

2. All parties must be represented by lead or chief counsel authorized to discuss and enter into stipulations concerning procedural and substantive case management issues.

3. The parties, or their representatives who are authorized to make decisions on their behalf, shall attend the conference or be available via telephone.

4. Counsel shall be knowledgeable about the facts and law of the case and be prepared to candidly discuss the same with Judge Williams.

5. All information provided to Judge Williams for evaluation purposes will be held in confidence and all written material submitted shall be returned to the submitting party or destroyed upon termination of the conference.

6. No oral statement, written document, or other material considered during the conference may be used against any party to this litigation.  Further, pursuant to Dist. Idaho Loc. Civ. R. 16.1(A)(3)(a), none of the matters or information discussed during the conference will be communicated to the trial judge.

DATED: April 4, 2011

_____
Honorable Mikel H. Williams
United States Magistrate Judge

.

**SETTLEMENT CONFERENCE ORDER - 3**