Lance E. Olsen, ISB No. 7106
Routh Crabtree Olsen, P.S.
13555 SE 36th St., Suite 300
Bellevue, WA 98006
Telephone: (425) 586-1905
Facsimile: (425) 283-5905

Attorneys for Defendant Northwest Trustee Services, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TREIG and HEATHER WOOD,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A.; WELLS FARGO FINANCIAL; WELLS FARGO BANK; WELLS FARGO AND COMPANY; NORTHWEST TRUSTEE SERVICES; FEDERAL HOME LOAN MORTGAGE CORPORATION; CHARLES E. HALDEMAN, JR., IN HIS CAPACITY OF CHIEF EXECUTIVE OFFICER OF FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Defendants. | Case No. 2:11-cv-00020-EJL<br><br>**DEFENDANT NORTHWEST TRUSTEE SERVICES, LLC'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

### I. INTRODUCTION

Defendant Northwest Trustee Services, Inc. ("NWTS"), by and through its attorneys of record, Routh Crabtree Olsen, P.S., moves the Court for an order of dismissal pursuant to Federal

DEFENDANT NORTHWEST TRUSTEE SERVICES, LLC'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)- PAGE 1 OF 6

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

Rule of Civil Procedure 12(b)(6). The Amended Complaint filed by Treig and Heather Wood ("Plaintiffs") does not contain a single reference to any affirmative conduct of NWTS. Therefore, Northwest Trustee Services should be dismissed from the entirety of the action upon agreement that it, as the appointed trustee, will abide by any ruling of the court regarding enforcement of the deed of trust.

## II. STATEMENT OF RELEVANT FACTS

This lawsuit arises out of non-judicial foreclosure proceedings concerning a piece of property located in Coeur d'Alene, Idaho. Based on the Court's review of the Amended Complaint filed by Plaintiffs, the Court has already found as follows:

> [I]n the Amended Complaint of 41 pages, Dkt. No. 18, Plaintiffs set forth numerous grounds for relief for alleged violations of the Truth in Lending Act ("TILA"), National Housing Act ("NHA"), Real Estate Settlement Procedures Act ("RESPA"), the Home Ownership and Equity Protection Act ("HOEPA"), the Fair Credit Reporting Act ("FCRA"), and the Home Affordable Modification Act ("HAMP"). Plaintiffs seek to have their loan rescinded, for Wells Fargo to grant them a HAMP modification of their loan, and to stay the pending foreclosure on their home. In the Amended Complaint, Plaintiffs admit they executed a promissory note and mortgage for their residence at 7904 Balta Lane, Coeur d'Alene, ID in September 2007. Plaintiffs also admit they defaulted on their loan payments and requested a modification of their loan under HAMP from Wells Fargo.

Dkt. No. 27 at 3; *see also* Dkt. No. 18.

For purposes of this Motion, pursuant to *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 127 S.Ct. 1955, 1964, 167 L.Ed.2d 929 (2007), NWTS accepts the facts set forth in the Amended Complaint as true. However, as set forth below, even if those facts were accepted as true, Plaintiffs have failed to state a claim for relief against NWTS, and their claims against NWTS should be dismissed.

///

///

DEFENDANT NORTHWEST TRUSTEE
SERVICES, LLC'S MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(b)(6)- PAGE 2 OF 6

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

### III. ARGUMENT

#### A. Standard of review.

Federal Rule of Civil Procedure 8(a)(2) requires only "a short and plain statement of the claim showing that the pleader is entitled to relief," in order to "give the defendant fair notice of what the ... claim is and the grounds upon which it rests." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555, 127 S.Ct. 1955, 1964, 167 L.Ed.2d 929 (2007). Although a plaintiff's stated claim may be "short and plain," "it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009).

While a complaint attacked by a Rule 12(b)(6) motion to dismiss "does not need detailed factual allegations," it must set forth "more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Twombly*, 550 U.S. at 555. "Nor does a complaint suffice if it tenders 'naked assertions' devoid of 'further factual enhancement.'" *Iqbal*, 129 S. Ct. at 1949. Rather, the allegations in the complaint "must be enough to raise a right to relief above the speculative level." *Twombly*, 550 U.S. at 555 (citations omitted).

To survive a motion to dismiss, a complaint "must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Iqbal*, 129 S. Ct. at 1949 (internal quotations and citations omitted). The plausibility requirement requires "more than a sheer possibility that a defendant has acted unlawfully." *Id.*

Here, the Amended Complaint sets forth no actual factual allegations against NWTS. Plaintiffs have not shown that they are entitled to any relief whatsoever as to their claims against NWTS, and their claims against NWTS should be dismissed with prejudice.

///

///

DEFENDANT NORTHWEST TRUSTEE SERVICES, LLC'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)- PAGE 3 OF 6

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

**B.     The Court should dismiss Plaintiffs' causes of action as to Northwest Trustee Services, Inc. because Plaintiffs have failed to state any set of facts that can form the basis of any claim upon which relief can be granted.**

Plaintiffs have failed to allege a single act or omission on the part of NWTS, let alone an act or omission giving rise to liability for their claims. Further, Plaintiffs have made no claim that any other person or entity acted as an agent of NWTS.

Plaintiffs appeared to have simply lumped NWTS with the other defendants after asserting on the first page that NWTS is a defendant. *See* Dkt. 18 at 1. The Amended Complaint does not set forth any facts detailing NWTS' involvement in this matter, let alone any actions taken by NWTS that form the basis of Plaintiffs' claims. Rather, the basis for each claim in the Amended Complaint consists of a series of factual allegations as to actions taken by other defendants or unspecified defendants. This amounts to, at most, conclusory assertions that NWTS is somehow also responsible for those actions; the Amended Complaint alleges no set of circumstances whereby the actions of other defendants may be tethered to NWTS.

Thus, even if the Court construes all facts alleged in the Amended Complaint in favor of Plaintiffs, they have no valid claims against NWTS. NWTS should be dismissed from the entirety of the action upon agreement that it, as the appointed trustee, will abide by any ruling of the Court regarding enforcement of the Deed of Trust.

## IV.     CONCLUSION

Based on the foregoing, Defendant NWTS respectfully requests that the Court grant its Motion to Dismiss and dismiss Plaintiffs' Amended Complaint against NWTS in entirety, with prejudice.

///

///

DEFENDANT NORTHWEST TRUSTEE SERVICES, LLC'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)- PAGE 4 OF 6

ROUTH CRABTREE OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

## V. PROPOSED ORDER

A proposed order granting the relief requested accompanies this motion.

DATED this _____ day of April, 2011.

ROUTH CRABTREE OLSEN, P.S.

By: _____
Lance E. Olsen, ISB No. 7106
Attorneys for Defendant Northwest
Trustee Services, Inc.

DEFENDANT NORTHWEST TRUSTEE
SERVICES, LLC'S MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(b)(6)- PAGE 5 OF 6

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of April, 2011, a true and correct copy of the foregoing document was served upon the following individuals, by the method indicated below, and addressed as follows:

[X]  U.S. Mail
[ ]  Hand Delivered
[ ]  Overnight Mail
[ ]  Facsimile

Treig and Heather Wood
7904 North Balta Lane
Coeur d'Alene, ID 83815
*Pro Se* Plaintiffs

Kenneth C. Howell
Hawley Troxell Ennis and Hawley LLP
877 Main Street
Suite 1000
Boise, ID 83701

_____
Lance E. Olsen

DEFENDANT NORTHWEST TRUSTEE SERVICES, LLC'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) - PAGE 6 OF 6

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131