Kenneth C. Howell, ISB No. 3235
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5226
Email: khowell@hawleytroxell.com

Attorneys for Defendants WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A.; WELLS FARGO FINANCIAL; WELLS FARGO BANK; and WELLS FARGO AND COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| TREIG and HEATHER WOOD,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A.; WELLS FARGO FINANCIAL; WELLS FARGO BANK; WELLS FARGO AND COMPANY; NORTHWEST TRUSTEE SERVICES; FEDERAL HOME LOAN MORTGAGE CORPORATION; CHARLES E. HALDEMAN, JR., in his capacity as Chief Executive Officer of FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Defendants. | Case No. 2:11-cv-00020-EJL<br><br>MOTION TO DISMISS |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Wells Fargo Home Mortgage; Wells Fargo Bank, N.A.; Wells Fargo Financial; Wells Fargo Bank; and Wells Fargo and Company (collectively, "Wells Fargo") move for dismissal of Plaintiffs Treig

MOTION TO DISMISS - 1

and Heather Wood's Amended Complaint with prejudice. The basis for this motion is that the plaintiffs have not alleged facts sufficient to state a claim upon which relief can be granted against Wells Fargo.

This Motion is based the supporting memorandum filed herewith, the pleadings, records and documents filed in this action and any other argument or evidence that may be presented at the hearing.

DATED THIS 26th day of April, 2011.

                                  HAWLEY TROXELL ENNIS & HAWLEY LLP

                                  By _____
                                      Kenneth C. Howell, ISB No. 3235
                                      Attorneys for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of April, 2011, I electronically filed the foregoing MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Lance E. Olsen
ecfid@rcflegal.com

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants (list names and addresses):

| Treig and Heather Wood | _X_ U.S. Mail, Postage Prepaid |
| 7904 Balta Lane | ___ Hand Delivered |
| Coeur d'Alene, ID 83815 | ___ Overnight Mail |
| | _X_ E-mail |
| | ___ Telecopy: 888.259.8757 |

_____
Kenneth C. Howell

MOTION TO DISMISS - 3