# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Date:      May 3, 2011
Judge      Mikel H. Williams
Case No.   CV11-00020-N-EJL
Place:     Coeur d'Alene, ID

Deputy Clerk: Ronda Buck
ESR:          Ronda Buck
Time:         9:30 a.m. - 1:00 p.m.

Wood et al                                    Plaintiff

vs

Wells Fargo Home Mortgage et al               Defendant

Counsel for Plaintiff(s)        Peter J. Smith, IV

Counsel for Defendant(s)        Kenneth C. Howell, Attorney for Wells Fargo Bank
                                Lance E. Olsen, Northwest Trustee Services, Inc.

**Hearing on:** Settlement Conference:   Settlement reached.