Kenneth C. Howell, ISB No. 3235
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5226
Email: khowell@hawleytroxell.com

Attorneys for Defendants WELLS FARGO HOME MORTGAGE;
WELLS FARGO BANK, N.A.; WELLS FARGO FINANCIAL;
WELLS FARGO BANK; and WELLS FARGO AND COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| TREIG and HEATHER WOOD,<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A.; WELLS FARGO FINANCIAL; WELLS FARGO BANK; WELLS FARGO AND COMPANY; NORTHWEST TRUSTEE SERVICES; FEDERAL HOME LOAN MORTGAGE CORPORATION; CHARLES E. HALDEMAN, JR., in his capacity as Chief Executive Officer of FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>        Defendants. | Case No. 2:11-cv-00020-EJL<br><br>NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS FILED BY DEFENDANT NORTHWEST TRUSTEE SERVICES, LLC |

      Pursuant to Local Rule 7.1(a)(5), Defendants WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A.; WELLS FARGO FINANCIAL; WELLS FARGO BANK; and WELLS FARGO AND COMPANY, by and through their counsel of record, Hawley Troxell

NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS FILED BY
DEFENDANT NORTHWEST TRUSTEE SERVICES, LLC - 1

Ennis & Hawley LLP, respectfully submit this Notice of Non-Opposition to Defendant Northwest Trustee Services, LLC's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Docket No. 31).

DATED THIS 6th day of May, 2011.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By _____
Kenneth C. Howell, ISB No. 3235

NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS FILED BY
DEFENDANT NORTHWEST TRUSTEE SERVICES, LLC - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of May, 2011, I electronically filed the foregoing NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS FILED BY DEFENDANT NORTHWEST TRUSTEE SERVICES, LLC with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Lance E. Olsen
ecfid@rcflegal.com

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants (list names and addresses):

| Treig and Heather Wood | X U.S. Mail, Postage Prepaid |
| 7904 Balta Lane | ___ Hand Delivered |
| Coeur d'Alene, ID 83815 | ___ Overnight Mail |
| | X E-mail |
| | ___ Telecopy: 888.259.8757 |

_____
Kenneth C. Howell

NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS FILED BY
DEFENDANT NORTHWEST TRUSTEE SERVICES, LLC - 3