IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TREIG and HEATHER WOOD,<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A.; WELLS FARGO FINANCIAL; WELLS FARGO BANK; WELLS FARGO AND COMPANY; NORTHWEST TRUSTEE SERVICES; FEDERAL HOME LOAN MORTGAGE CORPORATION; CHARLES E. HALDEMAN, JR., IN HIS CAPACITY OF CHIEF EXECUTIVE OFFICER OF FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>        Defendants. | Case No.  2:11-cv-00020-EJL<br><br>**ORDER OF DISMISSAL OF DEFENDANT NORTHWEST TRUSTEE SERVICES, LLC** |

      This matter having come before the Court upon stipulation between Plaintiffs Treig and Heather Wood, and Defendant Northwest Trustee Services, Inc. re Dismissal, the Court having considered the pleadings and records filed herein, it appears to the Court that good cause for the entry of this Order has been shown; now therefore,

      IT IS ORDERED, ADJUDGED, AND DECREED that the Stipulation of the parties (Dkt. No. 37)  is APPROVED AND ADOPTED by the Court and all claims asserted by and

between Plaintiffs Trieg and Heather Wood and Defendant Northwest Trustee Services, LLC, are hereby dismissed with prejudice, without admission of liability and each party is to bear their own costs and attorney's fees.

DATED: **June 7, 2011**

_____
Honorable Edward J. Lodge
U. S. District Judge