AO 440 (Rev. 12/09) Summons in a Civil Action

**ORIGINAL**

U.S. COURTS
SEP 06 2011
Rcvd_____ Filed_____ Time 2:28
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT
for the
District of Idaho

Trey & Heather Wood
_____
Plaintiff

v.

Wells Fargo Home Mortgage
Federal Home Mortgage Corp.
CEO Charles E. Haldeman Jr.
In his Capacity as CEO
_____
Defendant

Civil Action No. Case No: 2:11-cv-00020-EJL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Federal Home Mortgage Corporation
Charles E. Haldeman Jr.
8200 Jones Branch Drive
McLean, VA 22102-3110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ELIZABETH A. SMITH, Clerk

CLERK OF COURT

Date: 8/11/11

_____
*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Idaho

**Treig and Heather Wood**

    Plaintiff(s),

VS.

**Wells Fargo Home Mortgage, et al.**

    Defendant(s).

Attorney: NONE

Treig Wood
7904 Blata Lane
Coeur d'Arlene ID 83815

*48627*

**Case Number: 2:11-cv-00020-EJL**

Legal documents received by Same Day Process Service, Inc. on **08/11/2011** at **3:34 PM** to be served upon **Federal Home Loan Mortgage Corp., Charles E. Haldeman, Jr., CEO at 8200 Jones Branch Drive, McLean, VA 22102**

I, **Andres Virgen**, swear and affirm that on **August 12, 2011** at **11:45 AM**, I did the following:

Served **Federal Home Loan Mortgage Corp., Charles E. Haldeman, Jr., CEO** by delivering a conformed copy of the **Summons;Order to Show Cause;Memorandum of Law and Complaint in Support of Order to Show Cause for Preliminary Injunction and Temporary Restraining Order;Amended Complaint;** to **MARY CARROLL** as **Legal Admin. Cord. & Authorized Agent** of **Federal Home Loan Mortgage Corp., Charles E. Haldeman, Jr., CEO** at **8200 Jones Branch Drive, McLean, VA 22102**.

**Description of Person Accepting Service:**
Sex: Female Age: 55 Height: 5'4"-5'8" Weight: 131-160 lbs Skin Color: White Hair Color: White

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Andres Virgen**
Process Server

**Same Day Process Service, Inc.**
**1219 11th St., NW**
**Washington DC 20001**

(202)-398-4200

Internal Job ID: **48627**

District of Columbia: SS
Subscribed and Sworn to before me
this _16th_ day of _August_, _2011_

_____
Keisha O. Brothers, Notary Public, D.C.
My commission expires February 14, 2016