UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

U.S. COURTS

SEP 0 6 2011

Rcvd_____Filed_____Time 2:38
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| TREIG and HEATHER WOOD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:11-cv-00020-EJL |
| | ) | |
| vs. | ) | **AFFIDAVIT OF TREIG WOOD** |
| | ) | |
| WELLS FARGO HOME MORTGAGE; | ) | |
| WELLS FARGO BANK, N.A.; WELLS | ) | |
| FARGO FINANCIAL; WELLS FARGO | ) | |
| BANK; WELLS FARGO AND COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Affidavit and Response to Mr. Howell's Affidavit

COMES NOW Plaintiff Treig and Heather Wood's affidavit and response to Ken Howell's affidavit and memorandum dated Aug 15. In Mr. Howell's affidavit he asserts that several documents were not provided timely, that is not correct. These documents have been provided on numerous occasions.

Mr. Howells summary of the alleged agreement allegedly reached at the last mediation is inaccurate. To the extent any part of Mr. Howell's summary is found by the court to be correct, Wells Fargo breached the agreement and is in no force or effect.

I would ask the mediator to schedule a mediation session after Wells Fargo makes a decision on our application, because, if Wells Fargo's past conduct is any indication, there are likely to be additional issues that must be addressed by the court.

Mr. Howell alleges that some documents have become stale; they are only stale because Wells Fargo has delayed their processing. I would be happy to provide new documents, however I will need to confer with my accountant, but he is tied up with other tax issues until October 15th "the tax dead line." We also must discuss who will be paying for the revised statements, as they are only necessary because of Wells Fargo's negligence.

Respectfully submitted on the __6th__ day of September 2011.

Treig D. Wood