Kenneth C. Howell, ISB No. 3235
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5226
Email: khowell@hawleytroxell.com

Attorneys for Defendants WELLS FARGO HOME MORTGAGE;
WELLS FARGO BANK, N.A.; WELLS FARGO FINANCIAL;
WELLS FARGO BANK; and WELLS FARGO AND COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| TREIG and HEATHER WOOD,<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A.; WELLS FARGO FINANCIAL; WELLS FARGO BANK; WELLS FARGO AND COMPANY; NORTHWEST TRUSTEE SERVICES; FEDERAL HOME LOAN MORTGAGE CORPORATION; CHARLES E. HALDEMAN, JR., in his capacity as Chief Executive Officer of FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>        Defendants. | Case No. 2:11-cv-00020-EJL<br><br>NOTICE OF APPEARANCE FOR FEDERAL HOME LOAN MORTGAGE CORPORATION |

TO:   TREIG and HEATHER WOOD

    PLEASE TAKE NOTICE that Kenneth C. Howell, a member of the firm of Hawley

Troxell Ennis & Hawley LLP, Post Office Box 1617, Boise, Idaho, 83701, hereby enters an

NOTICE OF APPEARANCE FOR FEDERAL HOME LOAN MORTGAGE
CORPORATION - 1

03893.0284.2533795.1

appearance as Attorney of Record for Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION.

DATED THIS 7th day of September, 2011.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By _____
Kenneth C. Howell, ISB No. 3235
Attorneys for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of September, 2011, I electronically filed the foregoing NOTICE OF APPEARANCE FOR FEDERAL HOME LOAN MORTGAGE CORPORATION with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Lance E. Olsen
ecfid@rcflegal.com

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants (list names and addresses):

| Treig and Heather Wood<br>7904 Balta Lane<br>Coeur d'Alene, ID 83815 | _____ U.S. Mail, Postage Prepaid<br>_____ Hand Delivered<br>_____ Overnight Mail<br>__X__ E-mail<br>_____ Telecopy: 888.259.8757 |
|---|---|

_____
Kenneth C. Howell

NOTICE OF APPEARANCE FOR FEDERAL HOME LOAN MORTGAGE
CORPORATION - 2

03893.0284.2533795.1