Kenneth C. Howell, ISB No. 3235
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5226
Email: khowell@hawleytroxell.com

Attorneys for Defendants WELLS FARGO HOME MORTGAGE;
WELLS FARGO BANK, N.A.; WELLS FARGO FINANCIAL;
WELLS FARGO BANK; and WELLS FARGO AND COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| TREIG and HEATHER WOOD,<br><br>          Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A.; WELLS FARGO FINANCIAL; WELLS FARGO BANK; WELLS FARGO AND COMPANY; NORTHWEST TRUSTEE SERVICES; FEDERAL HOME LOAN MORTGAGE CORPORATION; CHARLES E. HALDEMAN, JR., in his capacity as Chief Executive Officer of FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>          Defendants. | Case No. 2:11-cv-00020-EJL<br><br>NOTICE OF LIMITED APPEARANCE OF CHARLES E. HALDEMAN, JR. |

PLEASE TAKE NOTICE that Kenneth C. Howell, a member of the firm of Hawley Troxell Ennis & Hawley LLP, Post Office Box 1617, Boise, Idaho, 83701, hereby enters an appearance on a special, limited basis as Attorney of Record for Defendant CHARLES E.

NOTICE OF LIMITED APPEARANCE OF CHARLES E. HALDEMAN, JR. - 1

03893.0284.2533793.1

HALDEMAN, JR. This appearance is limited solely to contest the jurisdiction, venue and sufficiency of service of process in this action, pursuant to Idaho Rules of Civil Procedure 4(i)(2) and 12(b).

DATED THIS 7th day of September, 2011.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By _____
Kenneth C. Howell, ISB No. 3235
Attorneys for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of September, 2011, I electronically filed the foregoing NOTICE OF LIMITED APPEARANCE OF CHARLES E. HALDEMAN, JR. with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Lance E. Olsen
ecfid@rcflegal.com

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants (list names and addresses):

| Treig and Heather Wood | ____ U.S. Mail, Postage Prepaid |
| 7904 Balta Lane | ____ Hand Delivered |
| Coeur d'Alene, ID 83815 | ____ Overnight Mail |
| | ✔ E-mail |
| | ____ Telecopy: 888.259.8757 |

_____
Kenneth C. Howell

NOTICE OF LIMITED APPEARANCE OF CHARLES E. HALDEMAN, JR. - 2