<u>CIVIL PROCEEDINGS</u> - Telephone Status Conference

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge Mikel H. Williams  Date:   September 8, 2011
Case No.  11-CV-00020-EJL  Deputy Clerk:  Sherri O'Larey
 Reporter/ESR: Lynette Case

Place: Boise, Idaho  Time: 4:00 - 4:20 p.m.

<u>Wood et alf v. Wells Fargo Home Mortgage et al</u>

Counsel for Plaintiff: Peter J. Smith, IV and Plaintiff, Treig Wood
Counsel for Defendant: Kenneth C. Howell

The Court reviewed the prior proceedings in this matter and inquired of counsel regarding the progress of the agreements arrived at in Settlement.  Mr. Howell advised the Court of the progress and that there was a problem regarding one form required by the IRS that has been submitted twice before by the Plaintiff, however has been rejected by the IRS.  Mr. Howell further advised the Court of a potential problem regarding the agreement of the parties regarding the parties understanding if the modification did not go forward. Mr. Wood made statements to the Court regarding the form and agreement of the parties.

The Court directed that the plaintiff fill out the form to be conveyed to Wells Fargo for delivery to the IRS.   Court and the parties discussed the time to finalize this matter upon acceptance of the form.  The Court directed that Wells Fargo respond within 3 weeks of receipt of the form.

The Court suggested that the Plaintiff review the transcript of the Settlement hearing to determine the agreement of the parties.