IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TREIG AND HEATHER WOOD, | ) |
| Plaintiffs, | ) Case No. 2:11-CV-0020-EJL |
| vs. | ) ORDER |
| WELLS FARGO HOME MORTGAGE, et al., | ) |
| Defendants. | ) |

The Court has been notified that a bankruptcy petition (Bankruptcy Case No.11-21565-TLM) has been file in the United States Bankruptcy Court for the District of Idaho.

**THEREFORE, IT IS HEREBY ORDERED** the instant case shall be automatically **stayed** pursuant to 11 U.S.C. § 362.

**IT IS FURTHER ORDERED** that the clerk administratively terminate the above-entitled action, without prejudice to the right of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation once the stay has been lifted.

DATED: **January 9, 2012**

Honorable Edward J. Lodge
U. S. District Judge

ORDER - Page 1
12ORDERS\wood_stay.WPD